In re Estate of Laura Hogan, deceased.

Howard H. Hanks, appellant, v. The Estate of Laura Hogan, deceased, appellee. Gen. No. 36,294.

Opinion filed February 21, 1933.

Gaylord D. Adsit and Bangs, Crane & Slater, for appellant; Martin Crane and Drennan J. Slater, of counsel. M. D. Dolan, *pro se.*

Mr. Presiding Justice Scanlan delivered the opinion of the court.

In re Joseph Harold Leven, arrested at suit of General Contract Purchase Corporation.

Joseph Harold Leven, appellant, v. General Contract Purchase Corporation, appellee. Gen. No. 36,328.

Opinion filed February 21, 1933.

Rehearing denied March 14, 1933.

Yale & Yale, for appellant. Allan S. Jackson, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Dr. I. I. Kaplin, appellee, v. Evelyn Gutterman et al., respondents. Evelyn Gutterman, appellant. Gen. No. 36,502.

Opinion filed February 21, 1933.

Max F. Adler, for appellant. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.